In the United States District Court
for the Northern District of Texas
Dallas Division

| | | |
|---|---|---|
| United States of America, | § | |
|     Plaintiff, | § | |
| | § | Case No. 3:19-R-245-M |
| v. | § | |
| | § | |
| Timothy Bernard Tanner, | § | |
|     Defendant. | § | |
| | § | |

## MOTION FOR VOLUNTARY CONTACT TRACING

Defendant Timothy Bernard Tanner, by and through counsel, moves this Court for an additional safety-related protocol. He requests that the Court make available a phone number, website, or email address by which any participant who tests positive for COVID-19 may voluntarily report that test result. He further requests that the Court notify all other participants of such results and/or provide some means by which they might learn of such tests. In this way, participants may learn of COVID-19 exposure and take measures to limit their contact with other people, especially those vulnerable to the virus.

This request is not intended to waive any objection to other safety protocols, nor to waive the motion for continuance.

                                                                       Respectfully submitted,

                                                                        JASON D. HAWKINS
                                                                        Federal Public Defender
                                                                        Northern District of Texas

                                                                        /s/ *Michael W. Kawi*
                                                                        MICHAEL W. KAWI
                                                                        Assistant Federal Public Defender
                                                                        Northern District of Texas

Florida Bar No. 100276<br>
525 Griffin Street, Suite 629<br>
Dallas, Texas  75202<br>
Phone 214-767-2746<br>
michael_kawi@fd.org

## **CERTIFICATE OF CONFERENCE**

I certify that on May 30, 2020, our office emailed AUSA John Boyle in regards to its position on the foregoing but has not heard back.

/s/ <em>Michael W. Kawi</em><br>
MICHAEL W. KAWI

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 30, 2020, I electronically filed the foregoing document using the Court's CM/ECF system, thereby providing service on attorneys of record.

/s/ <em>Michael W. Kawi</em><br>
MICHAEL W. KAWI